# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**EPIFANIO PADILLA-GARCIA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:10CR00480-001**

Eric V. Kersten
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) ONE as alleged in the violation petition originally filed in the District of Utah on 8/31/2010 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE 1 | Deported Alien Found in the United States | 08/25/2010 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  12/18/2007 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

[ ]  Appeal rights given.          [✔]  Appeal rights waived.

[✔]  **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

02/25/2011
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

03/01/2011
Date

CASE NUMBER:     1:10CR00480-001             Judgment - Page 2 of 2
DEFENDANT:      EPIFANIO PADILLA-GARCIA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months* .

* The term of imprisonment imposed in this case is to be served concurrently with the sentenced imposed in case number 1:10CR00420-001 filed in the Eastern District of California.

[✔]    The court makes the following recommendations to the Bureau of Prisons:

      1.    The Court recommends that the defendant be incarcerated in a Florida facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                                                                           UNITED STATES MARSHAL

                                                                                  By _____
                                                                                              Deputy U.S.  Marshal